```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                           SEP 2 4 2015

                          CLERK US DISTRICT COURT
                           DISTRICT OF NEVADA
              BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00016-APG-PAL |
| vs. | |
| Corey Terrell Rowe, | |
| Defendant. | **ORDER** |

On September 24, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Kevin Stolworthy, is APPOINTED as counsel for Corey Terrell Rowe in place of The Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Stolworthy forthwith.

DATED this _24th_ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE