KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

Attorneys for Defendant Corey Terrell Rowe

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COREY TERRELL ROWE,<br><br>　　　　　Defendants. | CASE NO. 2:15-cr-00016-APG-PAL<br><br>**ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA *DUCES TECUM* MADE RETURNABLE BEFORE TRIAL** |

The Court having received Defendant Corey Terrell Rowe's ("Mr. Rowe") Ex Parte Application for Issuance of Subpoena Duces Tecum Made Returnable Before Trial, and the Court having considered the Application and having determined that this Application has merit based on the following:

(1) That the Defendant having made a satisfactory showing that he is financially unable to pay the fees of the witnesses so subpoenaed;

(2) That the surveillance footage requested is evidentiary and relevant;

(3) That the surveillance footage is not otherwise procurable by the defendant reasonably in advance of trial by exercise of due diligence;

(4) That the defendant cannot properly prepare for trial without such production and

inspection in advance of trial and the failure to obtain such inspection may tend unreasonably to delay the trial;

(5) That the application is made in good faith and is not intended as a general fishing expedition.

(6) Mr. Rowe has an interest in protecting his trial strategy.

**IT IS HEREBY ORDERED** that the Clerk of this Court issue a subpoena to the following person, commanding it to produce documents set forth below to the Clerk of this Court by December 14, 2015: **Nevada Department of Public Safety, Parole and Probation (P&P)**, **215 E. Bonanza, Las Vegas, NV 89101.**

**IT IS FURTHER ORDERED** that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure the United States Marshal shall pay witness fees and expenses to the above named witness in accordance with 28 U.S.C. § 1825(a)(2).

**IT IS FURTHER ORDERED** that the following be produced in accordance with this Order:

1. Produce a copy of any surveillance footage or video from the morning of January 1, 2015 which may show Corey Terrell Rowe between the hours of 1:00 a.m. and 4:45 a.m. at the temporary booking facility located in the "Campos building" that was set up "to distribute arrestees for events of New Year's Eve."

**IT IS FURTHER ORDERED** that the U.S. Marshal shall serve this subpoena on an expedited basis.

DATED this 7th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE