# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

COREY ROWE,

     Defendant.

Case No. 2:15-cr-00016-APG-PAL

**ORDER**

On June 6, 2019, I conducted a hearing for on the Government's request that I revoke defendant Corey Rowe's supervised release. During the hearing, Mr. Rowe stipulated to violations #2, #4, #5 listed in the petition and violations #1 and #2 in the addendum. Good cause exists to modify the terms of Mr. Rowe's supervised release.

IT IS HEREBY ORDERED that Mr. Rowe's supervised release conditions are modified to include the following:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. Subsistence is waived.

2. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

3. **No Alcohol** – You must not use or possess alcohol.

4. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

5. **Contact Prohibition** – You will have limited contact with Nehne Joseph except for the purposes of visiting your child. You are prohibited from being at Ms. Joseph's residence unless approved by the U.S. Probation Office.

6. **Full Time Employment** – You must obtain employment within six months.

7. **No Gang Affiliation** – You must not communicate, or otherwise interact, with any known gang member of the Rollin 60's Crip gang, without first obtaining the permission of the probation officer.

All previous conditions and terms of supervised release will remain in place.

IT IS FURTHER ORDERED that Mr. Rowe will remain in custody of the U.S. Marshal Service pending his placement at the residential reentry center. This hearing will reconvene on December 9, 2019 at 9:30 a.m.

DATED this 6th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE