1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   TIFFANY NOCON
3  Assistant Federal Public Defender
   Nevada State Bar No. 14655
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Tiffany_Nocon@fd.org

7  Attorney for Corey Terrell Rowe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>COREY TERRELL ROWE,<br><br>           Defendant. | Case No. 2:15-cr-016-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Tiffany Nocon, Assistant Federal Public Defender, counsel for Corey Terrell Rowe, that the Revocation Hearing currently scheduled on September 12, 2019 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs time to prepare sentencing arguments, interview potential witnesses, and gather support letters.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of September, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Tiffany Nocon*<br>By_____<br>TIFFANY NOCON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COREY TERRELL ROWE,<br><br>　　　　　Defendant. | Case No. 2:15-cr-016-APG-PAL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 12, 2019 at 10:30 a.m., be vacated and continued to October 31, 2019 at the hour of 9:00 a.m.; or to a time and date convenient to the court in Courtroom 6C.

　　　DATED this 10th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE