Randall J. Roske, Esq.
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 793-4211 ■ Cell (702) 596-6472
e-mail: randallroske@yahoo.com
Counsel for Defendant
Corey Terrell Rowe

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY TERRELL ROWE,<br><br>Defendant. | CASE NO.: 2:15-cr-00016-APG-PAL |

**STIPULATION AND PROPOSED ORDER**

(Second Stipulation)

IT IS HEREBY STIPULATED and agreed by and between Randall J. Roske, Esq., attorney for Defendant Corey Terrrell Rowe, and the United States of America, Plaintiff, by and through its attorneys Nicholas A. Trutanich, United States Attorney, and Christopher Chiou, Assistant United States Attorney for the District of Nevada that Mr. Rowe's Supervised Release Revocation Hearing currently scheduled for December 11, 2019 at the hour of 10:30 A.M., be vacated and the same continued for a period of at least 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant should be allowed additional time to effectively complete investigation in preparation for the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

DATED this 5th day of December, 2019

| Randall J. Roske | Nicholas A. Trutanich |
|---|---|
| /s/ | United States Attorney |
| Randall J. Roske, Esq. | /s/ |
| Counsel for the Defendant | Christopher Chiou, |
| Corey Terrell Rowe | Assistant United States Attorney |

'

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY TERRELL ROWE,<br><br>Defendant. | CASE NO.: 2:15-cr-00016-APG-PAL |

### ORDER CONTINUING HEARING ON DEFENDANTS REVOCATION OF SUPERVISED RELEASE

Based upon the Stipulation of the parties herein, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Corey Terrell Rowe's hearing on the Petition seeking revocation of his Supervised Release set for December 11, 2019 at the hour of 10:30 A.M. be vacated, and the same hearing be continued to the 15th day of January, 2020, at the hour of 9:30 a.m. in Courtroom 6C.

Dated this 6th day of December, 2019.

_____
United States District Court Judge