Prob12B
D/NV Form
Rev. June 2014

# United States District Court
for
the District of Nevada

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 26, 2021**

---

Name of Offender: **Corey Terrell Rowe**

Case Number: **2:15CR00016**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **October 26, 2016**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **42 Months Prison, followed by 36 Months TSR**

Date Supervision Commenced: **January 18, 2018**

Date of Revocation: **January 15, 2020**

Revocation Sentence: **7 Months Prison, followed by 29 Months TSR**

Date Supervision Recommenced: **January 28, 2020**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period up to 90 days, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program.

☒ Location monitoring technology at the discretion of the probation officer.

☒ GPS Monitoring (including hybrid GPS).

☒ You are restricted to your residence at all times except for employment; education;

RE: Corey Terrell Rowe

Prob12B
D/NV Form
Rev. June 2014

religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

---

## CAUSE

Mr. Rowe commenced his first term of supervision on January 18, 2018. On January 15, 2020, he was revoked for unlawful use of controlled substances, failure to report a change in residence, failure to report law enforcement contact, failure to submit to drug testing, failure to adhere to his home confinement schedule, failure to adhere to the residential reentry center rules, frequenting places were controlled substances were sold, and associating with criminals,. He was sentenced to seven (7) months imprisonment and continued on supervised release for twenty-nine (29) months. Rowe's second term of supervised release commenced on January 28, 2020.

On November 28, 2020, the Las Vegas Metropolitan Police Department was dispatched to 2482 Cavern Cove Way, Las Vegas, Nevada, in reference to a burglary. Details of the call indicated that a black male and a Hispanic female had been in the house but had already left the residence in a black Mercedes.

Upon arrival officers met the victim, Antoinne Bell, who stated she had arrived at her residence and noticed an older black model Mercedes, four-door with tinted windows, parked on the street in front of her residence. She proceeded to enter her residence through the side garage door, but once inside she discovered a male and a female sitting in her stairway.

Bell recognized the male as a friend of her ex-boyfriend. He was known to her as "Remy," but did not know his real name and she could not identify the female he was with. Bell immediately noticed that the front door had been broken and she asked them how they had entered her residence. Remy responded that it was his friend's house and that she should leave.

Bell instructed him to leave her residence, but he began to speak with someone on telephone. Bell stated Remy informed the individual on the telephone that she was there and that he should leave from around the corner. Remy then walked out of her residence and began to yell at her calling her a "bitch" and stating that he was real active with guns and he was not afraid to use them.

Bell informed officers that they left residence without taking anything. However, there was an active protection order against her ex-boyfriend, Victor, due to her being a victim of Domestic Battery. She was aware that Victor had been released from custody, but Victor's brother had already picked up his belongings. Bell believed that Victor had sent his friends to see if Bell was at her residence.

On February 25, 2021, Rowe was arrested for Home Invasion, in violation of N.R.S. 205.067.2, Felony, by the Las Vegas Metropolitan Police Department. At this time, this case remains pending and a Preliminary Hearing is scheduled for April 28, 2021.

RE: Corey Terrell Rowe

Prob12B
D/NV Form
Rev. June 2014

Due to Rowe's current non-compliance, it is recommended that the Court modify his conditions of supervised release to include 90 days of Home Confinement with Location Monitoring as a sanction for his arrest and so he can be closely monitored. Please see attached Waiver of Hearing signed by Rowe agreeing to this modification. If Your Honor has any questions or concerns or prefers an alternate course of action the undersigned will be available at the Court's convenience.

Respectfully submitted,

*M Hernandez Powell*
Digitally signed by Margarita Hernandez Powell
Date: 2021.03.30 08:41:10 -07'00'

Margarita Hernandez Powell
United States Probation Officer

Approved:

2021.03.30 08:20:07 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

Signature of Judicial Officer

March 31, 2021
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period up to 90 days, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program.

☒ Location monitoring technology at the discretion of the probation officer.

☒ GPS Monitoring (including hybrid GPS).

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

Witness _____  Signed _____
U.S. Probation Officer                                 Probationer or Supervised Releasee

Date 3/1/2021