Prob12B
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
September 2, 2021

Name of Offender: **Corey Terrell Rowe**

Case Number: **2:15CR00016**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **October 26, 2016**

Revocation Date: **January 15, 2020**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **42 Months prison, followed by 36 Months TSR.**

Revocation Sentence: **7 Months prison, 29 Months TSR**

Date Supervision Commenced: **January 28, 2020**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Employment/Community Service** – You must be employed and complete community service for a combination of 30 hours per week. The probation officer will supervise the participation in the community service program by approving the program (agency, frequency or participation, etc.). You must provide written notification of completed community service hours to the probation officer.

## CAUSE

Mr. Rowe commenced his first term of supervision on January 18, 2018. On January 15, 2020, he was revoked for unlawful use of controlled substances, failure to report a change in residence, failure to report law enforcement contact, failure to submit to drug testing, failure to adhere to his home confinement schedule, failure to adhere to the residential reentry center rules, frequenting places were controlled substances were sold, and associating with criminals. He was sentenced

RE: Corey Terrell Rowe

Prob12B
D/NV Form
Rev. June 2014

to seven (7) months imprisonment and continued on supervised release for twenty-nine (29) months. Rowe's second term of supervised release commenced on January 28, 2020.

Mr. Rowe has been unemployed since approximately May 2021. Mr. Rowe has shown minimal effort to regain employment over the past few months and has shown a lack of interest in being employed. Due to Rowe's current non-compliance, it is recommended that the Court modify his conditions of supervised release to include 30 hours of community service weekly until Mr. Rowe becomes employed fulltime. Please see attached Waiver of Hearing signed by Rowe agreeing to this modification. If Your Honor has any questions or concerns or prefers an alternate course of action the undersigned will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by Erica Denney
Date: 2021.09.07 08:44:49 -07'00'

_____
Erica Denney
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2021.09.02 15:24:59 -07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer

---

# THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☒  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

_____
Signature of Judicial Officer

September 7, 2021
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Employment/Community Service** – You must be employed and complete community service for a combination of 30 hours per week. The probation officer will supervise the participation in the community service program by approving the program (agency, frequency or participation, etc.). You must provide written notification of completed community service hours to the probation officer.

Witness _____  Signed _____
U.S. Probation Officer                                   Probationer or Supervised Releasee

08-27-21
Date